**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Loston Moore, Jr. v. The State of Texas

Appellate case number:    01-18-00498-CR

Trial court case number:  1572146

Trial court:                      185th District Court of Harris County

On January 23, 2019, this Court issued an order abating the appeal and remanding to the trial court to determine whether the certification of defendant's right to appeal was correct. On February 1, 2019, a supplemental clerk's record was filed containing a certification that defendant has the right to appeal.

The abatement is lifted and the appeal is **reinstated** on the active docket. Appellant's brief is due **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly_____
                          ☑ Acting individually    ☐ Acting for the Court

Date: _February 5, 2019_____